IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANTHONY DAVID BRAINARD,**<br><br>      Plaintiff,<br><br>v.<br><br>**WESTERN OREGON UNIVERSITY**,<br><br>      Defendant. | Case No. 3:17-cv-00253-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on this Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 29th day of March, 2018.

                                                /s/ Michael H. Simon
                                                Michael H. Simon
                                                United States District Judge